No. 01–6467. HELD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–6468. FLORES-CARDONA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6469. FAUST v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6470. GARCIA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6471. GARCIA-VALLEJO v. UNITED STATES; MARTINEZ-MARTINEZ v. UNITED STATES; and ALANIS-PERALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 165.

No. 01–6474. POWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6477. THOMPSON v. SMALL BUSINESS ADMINISTRATION. C. A. 6th Cir. Certiorari denied.

No. 01–6479. WHITESIDE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6480. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6483. NURSE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6484. ALLEN-BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6485. SALGADO-CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6487. SIMEK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6489. BURGOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–6492. BARONI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.